UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ABIMAEL AYALA-GONZALES,

              Petitioner,                       21-CV-177 (JLS) (HKS)

              v.

STATE OF NEW YORK,

              Respondent.

_____

## DECISION AND ORDER

Petitioner Abimael Ayala-Gonzales, a prisoner confined at the Clinton Correctional Facility, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 28, 2021. Dkt. 1. On June 5, 2024, Petitioner filed a letter request to amend the petition. Dkt. 25. The case has been referred to United States Magistrate Judge H. Kenneth Schroeder, Jr., for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 12.

On August 29, 2025, Judge Schroeder issued a Report and Recommendation ("R&R"), recommending that this Court deny the petition and the letter request to amend the petition. *See* Dkt. 30.

Petitioner objected to the R&R. Dkt. 44. He argues that the R&R: (1) failed to address certain issues of ineffective assistance of counsel and that Petitioner's claims support a finding of ineffective assistance; and (2) incorrectly analyzed Petitioner's jury instruction claim by failing to consider the federal argument raised below. *Id.* at 3-9.[1] Respondent opposed the objections, Dkt. 46, and Plaintiff did not reply.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on its *de novo* review, the Court recommits the case back to Judge Schroeder to consider the arguments set forth in Objection I of Petitioner's objections to the R&R.[2] *See* Dkt. 44 at 3-7; 28 U.S.C. § 636(b)(1)(C). The Court accepts and adopts the balance of the R&R.

---

[1] Page numbers refer to the CM/ECF generated numbering in the header of each page.

[2] Specifically, this includes the merits of Petitioner's arguments, the issue of exhaustion, and whether the claim is properly before this Court at this juncture. *See* Dkt. 44 at 4-5; Dkt. 46 at 2-3; Dkt. 30 at 57-58.

For the reasons above and in the R&R, the [1] Petition is DISMISSED in part, subject to the open issues above. The Court recommits the case back to Judge Schroeder for further consideration of the open issues set forth above and consistent with the referral order at Dkt. 12.

SO ORDERED.

Dated:   August 5, 2026
     Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

3